**MEMO ENDORSED**

# LT LEECH | TISHMAN

July 22, 2025

David Abramovitz
Direct: (212) 603-6312
dabramovitz@leechtishman.com

*VIA ECF*

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *L'Amore Consulting, LLC v. SBS Services, Inc.*
      *Case No. 7:23-cv-08475-NSR-VR*

Dear Judge Roman:

This firm represents L'Amore Consulting, LLC, the plaintiff in the above action.

We write, with the consent of counsel for the defendant, SBS Services, Inc. (copied here), to jointly request a brief adjournment of the status conference that is currently scheduled to be held on July 24, 2025. The parties have completed initial exchanges of documents and information, and the defendant's deposition will be conducted tomorrow. (The deposition was scheduled to be conducted last week, but was rescheduled at the request of the undersigned due to a death in the family). The parties seek an approximately 30 day adjournment of the conference with your Honor to facilitate completing depositions and the any post-deposition document requests prior to the conference. No previous requests have been made to adjourn the conference.

In accordance with Rule 1.E. of your Honor's Individual Practices in Civil Cases, counsel have conferred with respect to alternate conference dates and have confirmed that we are both available on any of August 21, August 28 or September 4, 2025.

We appreciate the Court's assistance in this matter.

Respectfully,

LEECH TISHMAN ROBINSON BROG, PLLC
*Attorneys for Plaintiff L'Amore Consulting, LLC*
/s/ David Abramovitz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/22/2025__

cc:   (Via ECF)
      Peter W. Yoars, Esq.
      *Attorney for Defendant*

---

**Endorsement:**

In light of the need to complete discovery, the parties' request to adjourn the July 24, 2205 Status Teleconf. is GRANTED. Any party seeking leave to file a dispositive motion shall file a pre-motion letter by Sept. 8, 2025. Response(s) thereto shall be filed by Sept. 11, 2025. Clerk of Court is requested to terminate the motion at ECF No. 47.
Dated: White Plains, NY
July 22, 2025

SO ORDERED:

/s/ Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

LEECH TISHMAN ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza | 885 Second Avenue, 3rd Floor | New York, NY 10017 | T: 212.603.6300 | F: 212.956.2164

leechtishman.com