USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

L'AMORE CONSULTING, LLC,

> Plaintiff,

- against -

SBS SERVICES, INC.,

> Defendant.

Case No. 7:23-cv-08475-NSR

**MEMO ENDORSED**

Defendant's application is improperly filed as a motion. Defendant shall refile its request as a non-motion letter application, consistent with the Court's Individual Rules and in accordance with Attachment A thereto. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 61.

Dated: April 28, 2026
      White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

### ORDER TO SHOW CAUSE

WHEREAS, Plaintiff L'Amore Consulting, LLC ("Plaintiff") is a limited liability company;

WHEREAS, artificial entities generally may not appear pro se in federal court and must appear through licensed counsel (see 28 U.S.C. § 1654; *Eagle Assocs. v. Bank of Montreal,* 926 F.2d 1305 [2d Cir. 1991]);

WHEREAS, by Order dated February 26, 2026 (ECF No. 56), the Court granted Plaintiff's counsel's motion to withdraw and directed Plaintiff to obtain substitute counsel and have such counsel file a notice of appearance within thirty (30) days;

WHEREAS, Plaintiff was served with the February 26, 2026 Order and proof of such service was filed on the docket (ECF No. 57);

WHEREAS, by Order dated April 22, 2026, the Court granted Defendant leave to file a proposed order to show cause, and Plaintiff's prior counsel served Plaintiff with the April 22, 2026 Order by overnight delivery on April 24, 2026, and proof of service was filed on the docket (ECF No. 60);

Upon the application of Defendant SBS Services, Inc. ("Defendant" or "SBS"), it is hereby:

**ORDERED** that Plaintiff shall SHOW CAUSE before the Honorable Nelson S. Román, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, Courtroom 218, on _____, 2026 at _____ _.m., or as soon thereafter as counsel may be heard, why an Order should not be entered dismissing with prejudice all of Plaintiff's claims in this action based on Plaintiff's failure to appear through counsel as required for artificial entities in federal court and Plaintiff's failure to comply with this Court's February 26, 2026 Order (ECF No. 56).

**IT IS FURTHER ORDERED** that Plaintiff shall cause substitute counsel admitted to practice before this Court to file a Notice of Appearance on ECF on or before _____, 2026 (the "Appearance Deadline").

**IT IS FURTHER ORDERED** that if Plaintiff fails to have substitute counsel file a Notice of Appearance on or before the Appearance Deadline, then, without further order of the Court, all of Plaintiff's claims in this action shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that within two (2) business days of entry of this Order, Defendant shall serve a copy of this Order to Show Cause on Plaintiff at its last known address, 37 Driftway Road, Danbury, Connecticut 06811, by recognized overnight courier or by certified mail, return receipt requested, and shall file proof of such service on ECF.

**IT IS FURTHER ORDERED** that nothing in this Order to Show Cause adjudicates the merits of SBS's counterclaims, and nothing herein shall prejudice any application SBS may make regarding the status or disposition of its counterclaims.

Dated: _____, 2026
　　　　White Plains, New York

 

_____
　　　　　NELSON S. ROMÁN
　　　　　United States District Judge

2