USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
L'Amore Consulting, LLC,                                :
:
Plaintiff,                                                       :            ORDER
:
:
-against-                                            :
:
:            23-CV-8475 (NSR)
:
SBS Services, Inc,                                        :
:
Defendant.                                                 :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

Plaintiff has failed to comply with the Court's February 26, 2026 Order directing Plaintiff, an artificial entity, to appear through counsel. (ECF No. 56.) Because artificial entities may not proceed pro se in federal court, and because Plaintiff has failed to obtain substitute counsel or otherwise comply with the Court's directive, this action cannot proceed. Accordingly, Plaintiff's claims are dismissed WITHOUT prejudice. The Clerk of Court is respectfully directed to terminate this action.

Dated: June 12, 2026

White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge