USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
L'Amore Consulting, LLC,                                           :
                                                                  :
    Plaintiff,                                              :          ORDER
                                                                  :          23-cv-8475 (NSR)(JCM)
            -against-                               :
                                                                  :
SBS Services, Inc,                                                :
    Defendant.                                            :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

    The Order to Show Cause teleconference previously scheduled for June 17, 2026 at 1:00 p.m. is cancelled. On June 12, 2026, the Court dismissed this case and directed the Clerk of Court to close it. In light of that dismissal, the conference is no longer necessary and is rendered MOOT. The Clerk of Court is directed to terminate any remaining scheduled events in this matter. The Clerk of Court is further directed to mail a copy of this order as well as the order at ECF No.67 to 37 Driftway Road, Danbury, Connecticut 06811 and show service on the docket.

Dated: June 16, 2026
    White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge